UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **GREGORY SLATE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 14-1116 (RMC)** |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), if a plaintiff has not served

defendants with a summons and a complaint within 120 days after the filing of the complaint, the

Court may dismiss the action without prejudice.  The Amended Complaint in this case was filed

on October 1, 2014.[1]  Because over 120 days had passed since the filing of the Amended

Complaint [Dkt. 22] on October 1, 2014, the Court issued an Order on February 11, 2015,

directing Plaintiff to file no later than March 11, 2015 either (1) proof that the remaining

Defendants have been served with a summons and the Amended Complaint, or (2) a written

explanation for why proper service of process has not been completed.  *See* Order [Dkt. 40].

Plaintiff has not filed such proof of service or explanation for lack of service.  Accordingly, it is

hereby

_____

[1] Plaintiff served some of the defendants, but they were dismissed.  *See* Order [Dkt. 39]
(dismissing as defendants Medical Faculty Associates, Howard University Hospital, and the
United States); Order [Dkt. 40] (dismissing the District of Columbia, its employees in their
official capacity, and the Crime Victims Compensation Program).

1

**ORDERED** that this case is **DISMISSED** without prejudice.

This case is closed.


Date: March 26, 2015                                     _____/s/_____
                                                          ROSEMARY M. COLLYER
                                                          United States District Judge